# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PATRICK KIO, )<br>)<br>Defendant. ) | **CR05-5113**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The defendant was fined a total of $495 on June 13, 2005.

The defendant has requested additional time in which to pay the fine.

The request is GRANTED. The time in which to complete payment of the fine is hereby extended to May 31, 2006.

Dated this 2nd day of February , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**